# CIRCUIT COURT OF THE CITY OF RICHMOND

Anitra Carter

v.

Nathaniel N. Vaughn

February 20, 2004

Case No. LR-525-3

BY JUDGE MELVIN R. HUGHES, JR.

The jury in this personal injury automobile accident case returned a verdict in the amount of $5,115 for plaintiff. The jury also specified in its verdict that plaintiff is entitled to interest on $485 of that sum from "August 2002."

Plaintiff moved to set aside the verdict and award a new trial on the authority of *Bowers v. Sprouse*, 254 Va. 428, 492 S.E.2d 637 (1997), a case which held that a jury award in the amount of special damages is inadequate as a matter of law. Here, plaintiff's evidence showed $2,359.87 in medical expenses and $2,756.75 for loss wages. These added together total $5,116.62. So, plaintiff argues, except for the cents portion of these figures, the jury's award is for specials, which under *Bowers* is verboten. The motion is denied.

What *Bowers* stands for is an award for the exact amount of specials is inadequate as a matter of law. The $5,115 sum is not the exact amount of specials in this case.

A judgment order on the verdict is entered today consistent herewith. Exceptions have been noted.